UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60742-Civ-SCOLA

Accord Healthcare, Inc. and
Intas Pharmaceuticals Ltd.,

    Plaintiffs,
vs.

Acorda Therapeutics, Inc. and
H.D. Smith Wholesale Drug Co.,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice by the Plaintiffs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Notice of Dismissal, ECF No. 22).  The Clerk is directed to **CLOSE** this matter.  All pending motions are denied as moot.

**DONE and ORDERED** in chambers, at Miami, Florida on May 3, 2013.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**